AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| SAUL LEDEZMA-GUERRERO, NOE ANGUO-CARRANZA, and VERONICA REYES-SALGADO | CASE NUMBER: 8:05-m- 8:05-M-091 EAJ |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 30, 2005, in Polk County, in the Middle District of Florida, defendants did conspire to entice and transport in interstate commerce, an individual for illegal sexual activity, in violation of Title 18, United States Code, Section 371. I further state that I am a Special Agent with the Bureau of Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
ORLANDO REYES
Special Agent
Bureau of Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

February 3, 2005                    at         Tampa, Florida

ELIZABETH A. JENKINS
United States Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer

N:\_Criminal Cases\B\Battice-Maldonado_2004R00912\f_Complaint Package.wpd

## AFFIDAVIT

1.  Your affiant, Orlando Reyes, has been employed as a Special Agent of the U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE) and before that, the Immigration and Naturalization Service, for the past 18 years.

2.  This affidavit is submitted in support of a complaint alleging violations of Title 18, United States Code, Section 371 (conspiracy) against SAUL LEDEZMA-GUERRERO, NOE ANGUO-CARRANZA, and VERONICA REYES-SALGADO. The objects of that conspiracy are violations of Title 18 U.S. Code Section 1952 (Interstate Travel in Aid of Prostitution Offenses), 18 U.S. Code Section 2421 (Transportation for Illegal Sexual Activity), and 18 U.S. Code Section 2422(a) (Enticement to Travel Interstate to Engage in Prostitution) .

3.  In November, 2004, the Bureau of Immigration and Customs Enforcement received information from a confidential informant (hereinafter "CI #1") that SAUL LEDEZMA-GUERRERO and other un-identified subjects were operating an out-call prostitution service in Polk County, Florida. CI # 1 advised that LEDEZMA-GUERRERO and other un-identified subjects delivered prostitutes to customers in the Polk County area.

4.  According to CI#1, an un-identified worker gave him/her a telephone number several months ago that he/she could call if he/she was interested in having sex with one of the prostitutes for $ 21.00. CI # 1 said the unknown subject told him/her that they only use Hispanic prostitutes and that they have different girls every week.

5. On November 18, 2004, a confidential informant (CI # 2) placed a monitored-recorded telephone call to (863) 651-4555 to inquire about the aforementioned prostitution delivery service. During the call, CI # 2 asked an unidentified subject who answered the phone "if they were open today" and the subject said not today because he was resting. CI# 2 then asked when the girls were arriving and the subject told him/her tomorrow. CI # 2 asked the subject how much they charged and the subject told him/her "twenty dollars". Further, the subject told CI # 2 to call him tomorrow and that he'd take care of him. CI # 2 then asked the subject how many he was going to bring and the subject said "one".

6. On January 29, 2005, CI # 1 told ICE Special Agent Gregory Ravenscroft that LEDEZMA-GUERRERO and others were still operating an outcall prostitution service in the Polk County area. On that same date, CI # 2 placed a call to (863) 651-4555. According to CI # 2, the subject that answered the phone told him/her that he had "young girls" and that it would cost $ 22.00 to have sex with one of them. This call was not recorded.

7. On Sunday, January 30, 2005, at approximately 3:20 PM, CI # 1 placed a monitored-recorded call to (863) 651-4555. The call was placed to request the delivery of a prostitute to a hotel located in Auburndale, Florida. During this call, CI # 1 told the unknown subject, later identified as Noe ANGUO-CARRANZA, that he/she and some friends wanted a girl delivered to room number 8 of the hotel. ANGUO-CARRANZA told him/her that the cost was twenty-two dollars and that he would be there at 4:00 PM.

8.      On that same date, at approximately 3:50 PM, CI # 1 and Special Agents from the Immigration and Customs Enforcement Service, along with Detectives from the Polk County Sheriffs Office ("PCSO") , established surveillance in the vicinity of the hotel. At approximately 3:55 PM, CI # 1 and CI # 3 parked and exited their vehicle in front of Room number 8 at the hotel. CI # 1 was wearing an audio-video recording device in anticipation of the planned meeting with ANGUO-CARRANZA and the prostitute.

9.      At approximately 4:00 PM, agents observed a dark blue Crown Victoria arrive next to CI # 1 and CI # 3. Agents then saw ANGUO-CARRANZA exit the vehicle and begin talking to CI # 1. After several minutes of conversation between ANGUO-CARRANZA and CI # 1, agents and detectives arrested ANGUO-CARRANZA and VERONICA SALGADO-REYES. A review of the recorded conversation between CI # 1 and ANGUO-CARRANZA indicates ANGUO-CARRANZA told CI # 1 that the cost to have sex with the girl was "twenty-five dollars just as in the trailers". Further during the recorded conversation, ANGUO-CARRANZA told CI # 1 that he had a lot of clients and that some of the girls will get completely naked and others won't, but that "if they get treated nice they will react nice".

10.     After the arrest, SALGADO-REYES was advised of her Miranda warnings in Spanish by PCSO Detective Alex Angoulo. She told agents that she was from New York and that a friend of hers gave her a phone number of a subject in Lakeland who could find her work as a prostitute. She said the telephone number that she called was (863) 651-4555. She said she subsequently arrived

in Tampa on January 26, 2005 by Greyhound bus. She related after she arrived she then telephoned "Noe" at (863) 651-4555. She stated "Noe" then picked her up at the bus station in Tampa and took her to an apartment in Lakeland. She said she began working with "Noe" on Thursday. She said she had six customers on Thursday, six on Friday and only a couple on Saturday, and only one on the day of her arrest. She related she planned to return to New York on Sunday. She said the cost to have sex with her was $ 20. She said "Noe" was the one taking her around to find clients.

11. ANGUO-CARRANZA advised S/A Gregory Ravenscroft that "Don Saul LEDEZMA" was his boss. ANGUO-CARRANZA said he has worked and lived with LEDEZMA for the last seven months. ANGUO-CARRANZA said his job was to pick up the girls when they arrived and to transport them around to the clients. ANGUO-CARRANZA said he would collect the money from the clients and return it to "Saul" at the end of each day. ANGUO-CARRANZA said "Saul" would pay him three hundred dollars a week. ANGUO-CARRANZA said "Saul" would send him to the Greyhound and Amtrak Stations to pick up new girls every week. ANGUO-CARRANZA indicated the prostitutes come from all over the country and that the one he had today was from New York. He said he picked her up from the Greyhound station in Tampa. ANGUO-CARRANZA said the prostitutes would live with him and LEDEZMA at their residence until they finished working. On this same date at approximately 7:00 PM, ANGUO-CARRANZA placed a recorded-monitored call to SAUL LEDEZMA-GUERRERO at telephone number (863) 835-5349. During the call, ANGUO-CARRANZA asked LEDEZMA-

GUERRERO if the girl was going back to New York via Greyhound, or if they were going to keep her for a week. LEDEZMA-GUERRERO said "I don't know what did she tell you". Further, LEDEZMA-GUERRERO asked ANGUO-CARRANZA if "they worked" that day.

12. Florida Statute Section 796.07 prohibits committing or engaging in prostitution as a criminal offense in the State of Florida.

Further your affiant sayeth naught.

_____
ORLANDO REYES
Special Agent
Bureau of Immigration and Customs Enforcement

Sworn to before me this 3rd
day of February, 2005.

_____
ELIZABETH A. JENKINS
United States Magistrate Judge